Commonwealth of Massachusetts

Boston Municipal Court

| | | |
|---|---|---|
| Trustees of the 31 Pinckney Street Condominium Trust, | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket No 2015-cv-1056 |
| Timothy Cichocki, | ) | |
| Defendant, | ) | |

## Defendant's Motion to Amend Counter Claims with New Parties and FDCPA Claims

Now come the defendant and respectfully move the court to amend his counterclaims with new parties and claims.

1. The new defendant, Dolly Hwang, who is the co-owner of the unit 4A in the 31 Pinckney Street Condominium;

2. The new parties as defendants of the amended new counter claims of Timothy Cichocki and Dolly Hwang are:

David Frye and the law firm of Russo & Scolnick of Two Oliver Street, Fourth Floor, Boston, Massachusetts 02109;

3. The amended FDCPA claims of Timothy Cichocki and Dolly Hwang against David Frye and the law firm of Russo Scolnick.

The Fair Debt Collection Practices Act (FDCPA) is a consumer protection amendment, establishing legal protection from abusive debt collection practices, to the Consumer Credit

*Motion denied as moot.*
*S/NMGorton, USDJ 6/15/17*