UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF THE 31 PINCKNEY STREET
CONDOMINIUM TRUST,
    Plaintiff(s)

vs.　　　　　　　　　　　　　　　　　　Civil Action No.  1:16-cv-12156-NMG

TIMOTHY CICHOCKI,
    Defendant

### PLAINTIFFS' REQUEST FOR THE DISTRICT COURT TO TAKE JUDICIAL NOTICE OF JUDGMENT AND ORDER OF THE BOSTON MUNICIPAL COURT

Now come the Plaintiffs, the Trustees of the 31 Pinckney Street Condominium Trust who respectfully request that this Honorable Court take judicial notice of the Judgment and Order entered by the Boston Municipal Court on or about December 5, 2016, with regards to *Trustees of the 31 Pinckney St. Condo Trust v. Timothy Cichocki*, 1501-CV-001056, Boston Municipal Court, which is the underlying state court case which Defendant seeks to remove in this case. In furtherance thereof, the Plaintiffs attach a copy of the Notice, Memorandum, and Order from the BMC filed simultaneously hereto.

Respectfully submitted,
Plaintiffs,
Trustees of the 31 Pinckney Street
Condominium Trust
by their attorneys,

Date: December 16, 2016

/s/Robert D. Russo
Robert D. Russo, Esq. BBO# 434660
Law Offices of Russo & Scolnick
Two Oliver Street, 4th Floor
Boston, MA  02109
(617) 542.7700
contact@russoscolnick.com

*Request denied as moot.* /s/NMGorton, USDJ 6/15/17