## United States District Court

## Massachusetts District Court in Boston

| | |
|---|---|
| (Timothy Cichocki, Y. Dolly Hwang, Plaintiffs | ) |
| ( | ) |
| (                    v. | ) |
| (Bank of America, | ) |
| (31 Pinckney Street Condominium Trust and Association, | ) Docket No. 1:15-cv-13269-NMG |
| (Vicki R. Oleskey, Estate of Walter Jung, | ) 16cv12156-NMG |
| (Elizabeth C. McCann, Estate of Mark Keiser, | ) |
| (Robert D. Russo, Davis Frye, Russo and Scolnick, LLP, | ) |
| John Doe 1, John Doe 2, | ) |
| John Doe 3, Jane Doe 1, and Jane Doe 2, | ) |
| Defendants | ) |

### Motion for Opinion on Denying Plaintiffs' 28 USC §1443 Removal

On December 27, 2017, the court denied plaintiffs' 28 USC §1443 petition for removal of 7/14/2017. Since denial of removal on grounds of civil rights petitioned under 28 USC §1443 is reviewable by appeal under 28 USC §1447, plaintiffs now come and respectfully move the court for a formal opinion for its denial to allow for a meaningful appeal.

January 2, 2018

By Plaintiffs,
Timothy Cichocki and Dolly Hwang
31 Pinckney Street
Boston, MA 02114
617-742-0001
profhc@verizon.net

*Motion denied.*
*/s/ NMGorton, USDJ 4/19/18*